**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| DREW WEBSTER, Individually and for Others Similarly Situated,<br>    *Plaintiff,*<br><br>v.<br><br>THE SALEM GROUP, INC.<br>    *Defendant.* | Case No. 1:22-cv-04388<br><br>Judge Manish S. Shah<br><br>Magistrate Judge Maria Valdez |

**JOINT MOTION FOR FINAL APPROVAL OF**
**COLLECTIVE ACTION SETTLEMENT**

Class Representative Drew Webster, and Defendant The Salem Group, Inc. (together, the Parties), through counsel, move this Court to grant final approval of the collective action settlement agreement reached in this matter. In support of this Motion, the Parties submit a Memorandum of Law in Support of his Motion for Final Approval. The Parties requests that the Court enter the Proposed Final Approval Order, attached as <u>Exhibit 2</u>, to the Memorandum of Law.

Dated: July 27, 2023

/s/ *Andrew W. Dunlap*
One of the Attorneys for Plaintiffs
and Class and Collective Action Members

/s/ *Jeffrey L. Rudd*
One of The Attorneys for Defendant
The Salem Group, Inc.

**Michael A. Josephson**
TX Bar No. 24014780
**Andrew W. Dunlap**
TX Bar No. 24078444
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com

**Jeffrey L. Rudd**
ARDC #6273373
**Raseq Moizuddin**
ARDC #6317034
**JACKSON LEWIS P.C.**
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601
Tel: 312.787.4949
Fax: 312.787.4995
Jeffrey.rudd@jacksonlewis.com
Raseq.moizuddin@jacksonlewis.com

1

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**Douglas M. Werman**
Illinois Bar No. 901403665
**WERMAN SALAS P.C.**
77 W. Washington St., Suite 1402
Chicago, Illinois 60602
Phone: (312) 419-1008
Fax: (312) 419-1025
dwerman@flsalaw.com

*Attorneys for Plaintiffs and
Collective Action Members*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 27th day of July 2023.

/s/ Andrew W. Dunlap
**Andrew W. Dunlap**

## CERTIFICATE OF CONFERENCE

I hereby certify that the Parties' conferred about the relief sought herein. Defendant is unopposed.

/s/ Andrew W. Dunlap
**Andrew W. Dunlap**