## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Drew Webster

                              Plaintiff,

v.                                                    Case No.: 1:22–cv–04388
                                                               Honorable Manish S. Shah

Salem Group, Inc., The

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 28, 2023:

      MINUTE entry before the Honorable Manish S. Shah: The motion to approve settlement [37] is granted. The settlement is a compromise of a bona fide wage dispute and is reasonable. The parties negotiated at arm's length and arrived at a settlement that provides substantial relief to plaintiffs, considering the risk of further litigation on both sides. The service award and the requested attorney's fees are reasonable. Terminate civil case. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.